# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER FLORES, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-01239-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTIONS TO REMAND AND MOTION FOR RECONSIDERATION<br><br>(ECF No. 22) |

       Plaintiff Ruchell Cinque Magee ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 2, 2012, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's motions to remand and motion for reconsideration be denied.  (ECF No. 22.)  Plaintiff has filed objections to the Findings and Recommendation.  (ECF No. 23.)

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  The objections either re-state arguments correctly addressed by the Magistrate Judge or are not relevant to the pending motion.   Thus, the objections provide no reason for the court to not adopt the court's Findings and Recommendations.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 2, 2012, are adopted in full;
2. Plaintiff's Motion for Reconsideration (ECF No. 15) is DENIED; and
3. Plaintiff's Motions to Remand (ECF Nos. 19 & 20) are DENIED.

IT IS SO ORDERED.

Dated:   March 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE